UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PRESTON TOWNS, an individual and
on behalf of all similarly situated
individuals

        Plaintiff,

v.                                                Case No: 2:16-cv-412-FtM-38MRM

THE SCHOOL BOARD OF LEE
COUNTY, FLORIDA,

        Defendant.
_____/

## **OPINION AND ORDER**[1]

This matter comes before the Court on a status conference held on December 17, 2018. About a month before the original discovery deadline, the parties negotiated a tentative settlement agreement, and the Court administratively closed the case. (Doc. 69). But a condition precedent did not occur, the settlement was not completed, and the Court reopened the case. (Doc. 77). The parties now agree to complete discovery, then participate in a settlement conference before a magistrate judge.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

1. The discovery deadline initially set in the Case Management and Scheduling Order (Doc. 30) is revived and extended to January 18, 2019.

2. This case is referred to Magistrate Judge Carol Mirando for a settlement conference to be held after January 18, 2019. The parties are to contact Judge Mirando to set a time convenient to her calendar.

**DONE** and **ORDERED** in Fort Myers, Florida this 17th day of December, 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:   All Parties of Record
          Hon. Carol Mirando